# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CUPP CYBERSECURITY, LLC and CUPP COMPUTING AS,<br><br>  Plaintiffs,<br><br>v.<br><br>TREND MICRO, INC., TREND MICRO AMERICA, INC., and TREND MICRO INCORPORATED,<br><br>  Defendants. | Case No. 3:18-cv-01251-M |

## JOINT NOTICE OF PTAB DECISION INSTITUTING
## *INTER PARTES* REVIEW OF U.S. PATENT NO. 8,789,202

Pursuant to the Court's Order granting the parties' Joint Motion to Stay Case (Dkt. No. 70 – "Stay Order"), the parties hereby jointly inform the Court that on September 18, 2019, the Patent Trial and Appeal Board ("PTAB") issued a decision instituting *inter partes* review ("IPR") of claims 1, 3, 4, 6, 10, 11, 13, 14, 16, 20, and 21 of U.S. Patent No. 8,789,202 (the "'202 patent"). The PTAB has now instituted IPRs on all seven of Trend Micro's IPR petitions.

The parties provide the following updated table identifying relevant dates relating to the IPRs:

| Patent | IPR No. | Actual Filing Date | Filing Date Assigned by the PTAB | Date of the PTAB's Institution Decision | PTAB's Final Decision Deadline |
|---|---|---|---|---|---|
| '164 | IPR2019-00368 | 11/30/18 | 1/10/19 | 6/25/19 | 6/25/20 |
| '272 | IPR2019-00561 | 1/11/19 | 2/05/19 | 7/26/19 | 7/26/20 |
| '079 | IPR2019-00641 | 1/30/19 | 2/22/19 | 7/26/19 | 7/26/20 |
| '488 | IPR2019-00764 | 3/1/19 | 3/11/19 | 8/28/19 | 8/28/20 |
| '595 | IPR2019-00765 | 3/1/19 | 3/11/19 | 8/28/19 | 8/28/20 |
| '683 | IPR2019-00767 | 3/1/19 | 3/22/19 | 8/28/19 | 8/28/20 |
| '202 | IPR2019-00803 | 3/8/19 | 3/22/19 | 9/18/19 | 9/18/20 |

1

Pursuant to the Stay Order, the parties will file a joint status report within 15 days of the date that PTAB makes its final decision on the last of the seven instituted IPRs.

Dated:  September 25, 2019

Respectfully submitted,

By: */s/ C. Michael Moore*
Mark D. Fowler (Pro Hac Vice)
Andrew P. Valentine (Pro Hac Vice)
Robert Buergi (Pro Hac Vice)
Erik Fuehrer (Pro Hac Vice)
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303
Tel:  650.833.2000
Fax:  650.833.2001
mark.fowler@dlapiper.com
andrew.valentine@dlapiper.com
robert.buergi@dlapiper.com
erik.fuehrer@dlapiper.com

C. Michael Moore (State Bar No. 14323600)
Marina Stefanova (State Bar No. 24093200)
DLA PIPER US LLP
1900 N. Pearl St., Suite 2200
Dallas, TX  75201
Tel:  214.743.4500
Fax:  214.743.4545
mike.moore@dlapiper.com
marina.stefanova@dlapiper.com

Attorneys for Defendants Trend Micro Incorporated, Trend Micro America, Inc., and Trend Micro Incorporated

Dated:  September 25, 2019

*/s/ Paul J. Andre*
Paul J. Andre (Admitted *Pro Hac Vice*)
Lisa Kobialka (Admitted *Pro Hac Vice*)
James Hannah (Admitted *Pro Hac Vice*)
Kristopher Kastens (Admitted *Pro Hac Vice*)
Austin Manes (Admitted *Pro Hac Vice*)
KRAMER LEVIN NAFTALIS & FRANKEL LLP

990 Marsh Road
Menlo Park, CA 94025
(650) 752-1700
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com
amanes@kramerlevin.com

Mark C. Nelson, Bar Number: 00794361
BARNES & THORNBURG LLP
2121 N. Pearl St., Suite 700
Dallas, TX 75201
Email: mnelson@btlaw.com
Telephone: (214) 258-4200
Fax: (214) 258-4199

Attorneys for Plaintiffs,
CUPP Cybersecurity, LLC and CUPP
Computing AS

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September, 2019, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system.

*/s/ C. Michael Moore*
C. Michael Moore