IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CUPP CYBERSECURITY LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:18-cv-1251-M |
| TREND MICRO, INC., et al., | § § § | |
| Defendants. | § § § | |

## ORDER

By October 26, 2020, the parties shall confer and file a status report advising the Court whether the parties support the transfer of Case 3:20-cv-03206-K, *CUPP Cybersecurity, LLC et al v. Trend Micro, Inc. et al*. to this Court. If the parties support transfer, the parties shall include in the status report a recommendation of how the new case should be handled by this Court.

**SO ORDERED**.

October 21, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE