IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CUPP CYBERSECURITY LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:18-cv-1251-M |
| TREND MICRO, INC., et al., | § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is the Joint Status Report (ECF No. 76), filed by Plaintiffs CUPP Cybersecurity, LLC and CUPP Computing AS (collectively, "CUPP") and Defendants Trend Micro Incorporated (a California corporation), Trend Micro America, Inc., and Trend Micro Incorporated (a Japanese corporation) (collectively, "Trend Micro"). CUPP states that after the PTO issued final written decisions for Trend Micro's IPRs, CUPP "amended its list of elected claims." The Amended Scheduling Order in this case required that, by December 28, 2018, CUPP serve a preliminary election of no more than 20 asserted claims. (ECF No. 63 at 4). Some of the claims on CUPP's amended list were not part of the 20 claims it elected to assert on December 28, 2018.

IT IS ORDERED that by November 20, 2020, CUPP shall file a motion for leave to add any asserted claims that were not included in the 20 claims it elected to assert on December 28, 2018. The Court will enter a new scheduling order in this case after CUPP's motion for leave has been resolved.

IT IS FURTHER ORDERED that *CUPP Cybersecurity LLC, et al. v. Trend Micro Inc., et al.*, Case No. 3:20-cv-03206-M, which has been transferred to this Court, will not be

consolidated with this case.

**SO ORDERED**.

October 30, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE