IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, and CUPP COMPUTING AS,<br><br>Plaintiffs,<br>v.<br><br>TREND MICRO, INC., TREND MICRO AMERICA, INC., and TREND MICRO INCORPORATED,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:18-cv-01251-M |

## ORDER

Before the Court is the parties' Joint Proposed Schedule (ECF No. 88). The parties' proposal is adopted, and the Court enters the following deadlines:

| Event | Date |
|---|---|
| Supplemental Disclosure of Asserted Claims and Preliminary Infringement Contentions to Reflect Court's Order (ECF No. 87) | February 11, 2021 |
| Trend Micro serves preliminary invalidity contentions for claims 1 and 21 of the '202 patent | March 11, 2021 |
| Parties exchange supplemental claim terms for construction. (*See* Misc. Order 62 ¶ 4-1) | March 25, 2021 |
| Parties exchange proposed supplemental claim constructions and extrinsic evidence. (*See* Misc. Order 62 ¶ 4-2) | April 8, 2021 |
| Deadline to meet and confer to narrow supplemental claim terms in dispute. (*See* Misc. Order 62 ¶ 4-2(c)) | April 15, 2021 |
| Joint supplemental claim construction and prehearing statement. (*See* Misc. Order 62 ¶ 4-3) | April 22, 2021 |
| Completion of supplemental claim construction discovery. (*See* Misc. Order 62 ¶ 4-4) | April 29, 2021 |

1

| | |
|---|---|
| Plaintiffs' opening supplemental claim construction brief. (Misc. Order 62 ¶ 4-5(a)) | May 13, 2021 |
| Defendants' responsive supplemental claim construction brief. (Misc. Order 62 ¶ 4-5(b)) | May 27, 2021 |
| Plaintiff's reply supplemental claim construction brief. (Misc. Order 62 ¶ 4-5(c)) | June 3, 2021 |
| Joint supplemental claim construction chart. (Misc. Order 62 ¶ 4-5(d)) | June 10, 2021 |
| Final infringement contentions pursuant to Misc. Order 62 ¶ 3-6(a). | 30 days after claim construction ruling |
| Final invalidity contentions pursuant to Misc. Order 62 ¶ 3-6(b). | 50 days after claim construction ruling |
| Close of fact discovery. | October 1, 2021 |
| Opening expert reports (and initial designation of experts). | October 29, 2021 |
| Rebuttal expert reports (and rebuttal designation of experts). | November 23, 2021 |
| Close of expert discovery. | December 20, 2021 |
| Last day to file dispositive motions and *Daubert* motions. | January 20, 2022 |
| Serve pretrial disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | February 21, 2022 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | March 7, 2022 |
| Serve objections to rebuttal disclosures. | March 14, 2022 |
| File motions *in limine*. | March 14, 2022 |
| File joint pretrial order and pretrial submissions (jury instructions, exhibits lists, witness lists, and deposition designations). Exchange marked exhibits. | March 28, 2022 |
| Deadline to meet and confer regarding remaining objections and disputes in motions *in limine*. | March 28, 2022 |
| Final pretrial conference. | April 18, 2022 |
| Jury Selection/Trial. | May 2, 2022 |

**SO ORDERED**.

February 10, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

2