| Attorney or Party without Attorney:<br>DLA PIPER US LLP<br>2000 UNIVERSITY AVENUE<br>EAST PALO ALTO, CA 94303<br>Telephone No: 650-833-2000    FAX No: 650-833-2001<br><br>Attorney for: Defendant | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.:<br>364049-000027 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of Texas | | | | |
| Plaintiff: CUPP CYBERSECURITY, LLC; ET AL | | | | |
| Defendant: TREND MICRO, INC.; ET AL | | | | |
| **PROOF OF SERVICE**<br>**SUBPOENA** | Hearing Date:<br>Tue, Aug. 10, 2021 | Time:<br>9:00AM | Dept/Div: | Case Number:<br>3:18-CV-01251-M |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

3. a. Party served:   INTERNET ARCHIVE, INC. c/o COGENCY GLOBAL INC.
   b. Person served:  AMBER SMYTH, AUTHORIZED TO ACCEPT

4. Address where the party was served:   1325 J STREET SUITE 1550
                                         SACRAMENTO, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jul. 09, 2021 (2) at: 12:11PM
   b. I received this subpoena for service on:   Friday, July 09, 2021

6. Witness fees were not demanded or paid.

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL LYNN HENRY              d. *The Fee for Service was:*
   b. A & A LEGAL SERVICE, Inc.       e. I am: (3) registered California process server
      880 MITTEN ROAD, SUITE 102            (i) Independent Contractor
      BURLINGAME, CA 94010                  (ii) Registration No.:   2019-24
   c. (650) 697-9431, FAX (650) 697-4640   (iii) County:            Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Jul. 13, 2021

   Judicial Council Form                    PROOF OF SERVICE          (MICHAEL LYNN HENRY)   8332000.128710
   Rule 2.150.(a)&(b) Rev January 1, 2007      SUBPOENA