IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CUPP CYBERSECURITY LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:18-cv-1251-M |
| TREND MICRO, INC., et al., | § § § | |
| Defendants. | § § § | |

## ORDER

The Court **SETS** a Zoom conference on **September 14, 2021, at 10:00a.m. CST**. The Zoom link will be provided to counsel when it becomes available. Counsel should be prepared to argue Plaintiffs' Motion to Compel Documents and Discovery Responses (ECF No. 101).

Any depositions that are scheduled to take place in this matter between the entry of this Order and the September 14, 2021, conference, are hereby **STAYED** pending further order. However, the parties may agree to proceed with a deposition notwithstanding the stay.

**SO ORDERED**.

September 7, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE