# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CUPP CYBERSECURITY LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:18-cv-1251-M |
| TREND MICRO, INC., et al., | § § § | |
| Defendants. | § § § | |

## ORDER

The Court previously set a Zoom conference on **September 14, 2021, at 10:00a.m. CST**. In addition to Plaintiffs' Motion to Compel Documents and Discovery Responses (ECF No. 101), Counsel should also be prepared to argue Defendants' Motion for Leave to Amend their Invalidity Contentions (ECF No. 99).

**SO ORDERED**.

September 9, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE