# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CUPP CYBERSECURITY, LLC and<br>CUPP COMPUTING AS,<br><br>        Plaintiffs,<br><br>v.<br><br>TREND MICRO, INC.,<br>TREND MICRO AMERICA, INC., and<br>TREND MICRO INCORPORATED.<br><br>        Defendants. | Case No. 3:18-cv-01251-M |

## THE TREND MICRO DEFENDANTS' OPPOSED
## MOTION FOR EXTENSION OF TIME

The Court set a deadline of September 28th for the parties to "submit guidance regarding possible consolidation of this case and *CUPP Cybersecurity LLC v. Trend Micro Inc.,* Case No. 3:20-cv-03206-M." ECF No. 128 at 2. At the September 14th hearing, the Court instructed CUPP to provide Trend Micro with CUPP's proposal for a potential consolidated trial. Having heard nothing, Trend Micro asked CUPP for its proposal on September 20th. CUPP did not respond until September 27th, and it provided additional detail on September 28th. So that Trend Micro can properly consider and respond to CUPP's proposal, Trend Micro respectfully requests an extension of this deadline to October 8, 2021. At the September 14th hearing, the Court indicated its willingness to provide an extension if needed.

Dated:  September 28, 2021

Respectfully submitted,

By: */s/ Robert Buergi*
Mark D. Fowler (*pro hac vice*)
Robert Buergi (*pro hac vice*)

DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA  94303
Tel:  650.833.2000
Fax:  650.833.2001
mark.fowler@dlapiper.com
robert.buergi@dlapiper.com

Kathryn Riley Grasso (*pro hac vice*)
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Tel:  202.799.4782
Fax:  202.799.5022
kathryn.riley@dlapiper.com

C. Michael Moore (State Bar No.14323600)
Marina Stefanova (State Bar No. 24093200)
DLA Piper LLP (US)
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201
Tel:  214.743.4500
Fax:  214.743.4545
mike.moore@dlapiper.com
marina.stefanova@dlapiper.com

*Attorneys for Defendants Trend Micro Incorporated, Trend Micro America, Inc., and Trend Micro Incorporated*

**CERTIFICATE OF CONFERENCE**

I hereby certify that, pursuant to Local Rules 7.1(a), (b), and (h), I conferred with counsel for Plaintiffs on September 28, 2021 regarding the contents of this motion. Plaintiffs oppose the relief requested, and this motion therefore is submitted as an opposed motion.

*/s/ Robert Buergi*
Robert Buergi

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2021, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Robert Buergi*
Robert Buergi