# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CUPP CYBERSECURITY LLC, et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § § | No. 3:18-cv-1251-M |
| TREND MICRO, INC., et al., | | (Consolidated with Civil Action No. 3:20-cv-03206-M) |
| Defendants. | | |

# ORDER

Before the Court is the Joint Submission Regarding Schedule of Consolidated Case (ECF No. 144). The parties' proposal is adopted, and the Court enters the following deadlines:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | March 24, 2022 |
| Initial Identification of Experts and Opening Expert Reports | May 5, 2022 |
| Responsive Identification of Experts and Responsive Expert Reports | June 16, 2022 |
| Close of Expert Discovery | July 12, 2022 |
| Plaintiffs' Final Election of No More Than 10 Asserted Claims | July 19, 2022 |
| Defendants' Final Election of No More Than 10 Prior Art References | July 26, 2022 |
| *Daubert* and Dispositive Motions | August 9, 2022 |
| Deadline to Serve Pretrial Disclosures | September 1, 2022 |
| Objections to Pretrial Disclosures | September 15, 2022 |

| Motions *in Limine* | September 22, 2022 |
| --- | --- |
| Joint Pretrial Order; Joint Proposed Jury Instructions; Joint Proposed Verdict Form; Responses to Motions *in Limine*; Updated Exhibit Lists; Updated Witness Lists; and Updated Deposition Designations | October 6, 2022 |
| Final Pretrial Conference | October 24, 2022, at 9:00 a.m. |
| Trial | November 7, 2022, at 9:00 a.m. |

All discovery, depositions, and documents produced thus far in either Case Nos. 3:18-cv-1251 or 3:20-cv-3206 shall, by default, be deemed produced in the consolidated case.

**SO ORDERED**.

November 9, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

2