# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CUPP CYBERSECURITY LLC, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:18-cv-1251-M |
| | § | |
| TREND MICRO, INC., et al., | § | (Consolidated with |
| | § | Civil Action No. 3:20-cv-03206-M) |
| Defendants. | § | |

## ORDER

Before the Court are the Motion to Amend Preliminary Infringement Contentions (Case No. 3:20-cv-3206, ECF No. 65), Opposed Motion for Leave to Amend Preliminary Infringement Contentions (Case No. 3:18-cv-1251-M, ECF No. 155), and Motion to Compel Documents and Discovery Responses (Case No. 3:18-cv-1251-M, ECF No. 168), filed by Plaintiffs CUPP Cybersecurity LLC and CUPP Computing AS. Also pending is the Motion to Partially Stay (Case No. 3:18-cv-1251-M, ECF No. 160), filed by Defendants Trend Micro Incorporated (a Japanese corporation), Trend Micro America, Inc., and Trend Micro Incorporated (a California corporation).

Oral argument is **SET** in this case for **July 6, 2022, at 1:00 p.m.** Counsel should convene in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242, and be prepared to argue the Motions. By **June 30, 2022**, the parties shall submit a proposed agenda for the hearing.

**SO ORDERED**.

June 24, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE