IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CUPP CYBERSECURITY LLC, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:18-cv-1251-M |
| TREND MICRO, INC., et al., | § § § | (Consolidated with Civil Action No. 3:20-cv-03206-M) |
| Defendants. | § | |

## ORDER

Before the Court are the Motion to Amend Preliminary Infringement Contentions (Case No. 3:20-cv-3206, ECF No. 65), Opposed Motion for Leave to Amend Preliminary Infringement Contentions (Case No. 3:18-cv-1251-M, ECF No. 155), and Motion to Compel Documents and Discovery Responses (Case No. 3:18-cv-1251-M, ECF No. 168), filed by Plaintiffs CUPP Cybersecurity LLC and CUPP Computing AS, and the Motion to Partially Stay (Case No. 3:18-cv-1251-M, ECF No. 160), filed by Defendants Trend Micro Incorporated (a Japanese corporation), Trend Micro America, Inc., and Trend Micro Incorporated (a California corporation). Also pending before the Court are several Unopposed Motions for Leave to File Under Seal. (Case No. 3:18-cv-1251-M, ECF Nos. 156, 157, 169, 179).

The Court heard argument on the motions on July 6, 2022. The Unopposed Motions for Leave to File Under Seal are **GRANTED**. In light of representations from the parties that certain issues are no longer in dispute, the Motion to Amend Preliminary Infringement Contentions, Opposed Motion for Leave to Amend Preliminary Infringement Contentions, and Motion to Compel Documents and Discovery Responses are **DENIED** as moot. For the reasons stated on the record, the Court **CARRIES** the Motion to Partially Stay.

**SO ORDERED**.

July 7, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

2