**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| CUPP CYBERSECURITY, LLC, and CUPP COMPUTING AS, | Case No.  3:18-cv-01251-M |
| Plaintiffs, | (Consolidated with Civil Action No. 3:20-cv-03206-M) |
| v. | |
| TREND MICRO, INC., TREND MICRO AMERICA, INC., and TREND MICRO INCORPORATED, | |
| Defendants. | |

**PLAINTIFFS CUPP CYBERSECURITY, LLC AND
CUPP COMPUTING AS'S ELECTION OF ASSERTED CLAIMS**

Pursuant to the Court's Scheduling Order (Dkt. No. 147), CUPP elects the following as the asserted claims:

- '079 patent: claim 7
- '272 patent: claim 16
- '202 patent: claims 11, 21
- '400 patent: claim 17
- '834 patent: claim 1
- '444 patent: claims 11, 21
- '462 patent: claim 11
- '421 patent: claim 1

The elected claims do not include any claims that are currently under IPRs before the Patent Office (i.e., those from the '344 and '632 Patents).

Respectfully submitted,

Dated: July 15, 2022                    By: *s/ Kristopher Kastens*
                                        Paul J. Andre (*pro hac vice*)
                                        Lisa Kobialka (*pro hac vice*)
                                        James Hannah (*pro hac vice*)
                                        Kristopher Kastens (*pro hac vice*)
                                        **KRAMER LEVIN NAFTALIS**
                                        **& FRANKEL LLP**
                                        990 Marsh Road
                                        Menlo Park, CA 94025
                                        Telephone: (650) 752-1700
                                        pandre@kramerlevin.com
                                        lkobialka@kramerlevin.com
                                        jhannah@kramerlevin.com
                                        kkastens@kramerlevin.com

                                        Mark C. Nelson, Bar Number: 00794361
                                        Daniel Valenzuela, Bar Number 24067918
                                        **BARNES & THORNBURG LLP**
                                        2121 N. Pearl Street, Suite 700
                                        Dallas, TX 75201
                                        Telephone: (214) 258-4140
                                        Facsimile: (214) 258-4199
                                        mnelson@btlaw.com
                                        daniel.valenzuela@btlaw.com

                                        *Attorneys for Plaintiffs,*
                                        CUPP Cybersecurity LLC and
                                        CUPP Computing AS

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, a true and correct copy of the foregoing document was filed electronically using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Kristopher Kastens*
Kristopher Kastens