# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CUPP CYBERSECURITY LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:18-cv-1251-M |
| TREND MICRO, INC., et al., | § § § | (Consolidated with Civil Action No. 3:20-cv-03206-M) |
| Defendants. | § § § | |

## ORDER

Before the Court is Defendants' Motion to Extend the Case Schedule. ECF No. 199. The Motion is **DENIED**, except as follows: the expert discovery deadline is extended to August 18, 2022. The parties are directed to cooperate with one another to schedule and complete expert depositions and any remaining discovery. To the extent necessary, the parties may file a motion with the Court to supplement the summary judgment record with deposition testimony of any expert witnesses who are deposed after summary judgment briefs are filed.

**SO ORDERED**.

July 27, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE