# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CUPP CYBERSECURITY, LLC and CUPP COMPUTING AS,<br><br>　　　　Plaintiffs,<br>v.<br><br>TREND MICRO, INC.,<br>TREND MICRO AMERICA, INC., and TREND MICRO INCORPORATED,<br><br>　　　　Defendants. | Case No. 3:18-cv-01251-M<br><br>(Consolidated with Civil Action No. 3:20-cv-03206-M) |

## [TREND MICRO'S PROPOSED] VERDICT FORM

# JURY QUESTIONS

**QUESTION NO. 1: DIRECT INFRINGEMENT**

Has CUPP proven by a preponderance of the evidence that Trend Micro directly infringes any of the following claims? (Answer "yes" or "no" for each product under each claim)

    **1a.**    **Claim 16 of the '272 Patent**

        i.    Mobile Security for Enterprise    _____

        ii.    The Worry-Free products    _____

        iii.    Smart Protection Suites    _____

    **1b.**    **Claim 7 of the '079 Patent**

        i.    Mobile Security for Enterprise    _____

        ii.    Control Manager / Apex Central    _____

        iii.    The Worry-Free products    _____

        iv.    Smart Protection Suites    _____

    **1c.**    **Claim 11 of the '202 Patent**

        i.    Portable Security 2 and 3    _____

    **1d.**    **Claim 21 of the '202 Patent**

        i.    Office Scan 10.6 or later    _____

    **1e.**    **Claim 11 of the '444 Patent**

        i.    Mobile Security for Enterprise    _____

        ii.    Control Manager / Apex Central    _____

        iii.    Apex One with XDR    _____

        iv.    XDR for Users    _____

|  |  |  |
|---|---|---|
| v. | The Worry-Free products | _____ |
| vi. | Smart Protection Suites | _____ |

**1f.    Claim 21 of the '444 Patent**

|  |  |  |
|---|---|---|
| i. | Mobile Security for Enterprise | _____ |
| ii. | Control Manager / Apex Central | _____ |
| iii. | Apex One with XDR | _____ |
| iv. | XDR for Users | _____ |
| v. | The Worry-Free products | _____ |
| vi. | Smart Protection Suites | _____ |

**1g.    Claim 17 of the '400 Patent**

|  |  |  |
|---|---|---|
| i. | Portable Security 2 and 3 | _____ |
| ii. | Office Scan / Apex One | _____ |
| iii. | The Worry-Free products | _____ |
| iv. | Smart Protection Suites | _____ |

**1h.    Claim 1 of the '834 Patent**

|  |  |  |
|---|---|---|
| i. | Deep Security | _____ |
| ii. | Cloud One | _____ |
| iii. | Deep Discovery Analyzer | _____ |
| iv. | Deep Discovery Inspector | _____ |
| v. | Deep Discovery Email Inspector | _____ |

**1i.    Claim 11 of the '462 Patent**

|  |  |  |
|---|---|---|
| i. | Mobile Security for Enterprise | _____ |

    ii.       Control Manager / Apex Central     _____

    iii.      Vision One / XDR, Managed XDR   _____

    iv.      The Worry-Free products          _____

    v.       Smart Protection Suites          _____

**1j.**    **Claim 1 of the '421 Patent**

    i.        Mobile Security for Enterprise      _____

    ii.       Control Manager / Apex Central     _____

    iii.      Vision One / XDR, Managed XDR   _____

    iv.      The Worry-Free products          _____

    v.       Smart Protection Suites          _____

**Please proceed to Question No. 2.**

**QUESTION NO. 2: INDIRECT INFRINGEMENT**

Has CUPP proven by a preponderance of the evidence that Trend Micro has indirectly infringed any of the following claims? (Answer "yes" or "no" for each product under each claim)

    **2a.**    **Claim 16 of the '272 Patent**

           i.    Mobile Security for Enterprise    _____

           ii.    The Worry-Free products    _____

           iii.    Smart Protection Suites    _____

    **2b.**    **Claim 21 of the '202 Patent**

           i.    Office Scan 10.6 or later    _____

    **2c.**    **Claim 11 of the '444 Patent**

           i.    Mobile Security for Enterprise    _____

           ii.    Control Manager / Apex Central    _____

           iii.    Apex One with XDR    _____

           iv.    XDR for Users    _____

           v.    The Worry-Free products    _____

           vi.    Smart Protection Suites    _____

    **2d.**    **Claim 21 of the '444 Patent**

           i.    Mobile Security for Enterprise    _____

           ii.    Control Manager / Apex Central    _____

           iii.    Apex One with XDR    _____

           iv.    XDR for Users    _____

           v.    The Worry-Free products    _____

           vi.    Smart Protection Suites    _____

**2e.**   **Claim 17 of the '400 Patent**

  i. Office Scan / Apex One   _____

  ii. The Worry-Free products   _____

  iii. Smart Protection Suites   _____

**2f.**   **Claim 1 of the '834 Patent**

  i. Deep Security   _____

  ii. Cloud One   _____

  iii. Deep Discovery Analyzer   _____

  iv. Deep Discovery Inspector   _____

  v. Deep Discovery Email Inspector   _____

**2g.**   **Claim 11 of the '462 Patent**

  i. Mobile Security for Enterprise   _____

  ii. Control Manager / Apex Central   _____

  iii. Vision One / XDR, Managed XDR   _____

  iv. The Worry-Free products   _____

  v. Smart Protection Suites   _____

**2h.**   **Claim 1 of the '421 Patent**

  i. Mobile Security Enterprise   _____

  ii. Control Manager / Apex Central   _____

  iii. Vision One / XDR, Managed XDR   _____

  iv. The Worry-Free products   _____

  v. Smart Protection Suites   _____

**Please proceed to Question No. 3.**

**QUESTION NO. 3: JOINT INFRINGEMENT**

Has CUPP proven by a preponderance of the evidence that Trend Micro has jointly infringed any of the following claims? (Answer "yes" or "no" for each product under each claim)

    **3a.**    **Claim 16 of the '272 Patent**

        i.    Mobile Security for Enterprise    _____

        ii.    The Worry-Free products    _____

        iii.    Smart Protection Suites    _____

    **3b.**    **Claim 21 of the '202 Patent**

        i.    Office Scan 10.6 or later    _____

    **3c.**    **Claim 11 of the '444 Patent**

        i.    Mobile Security for Enterprise    _____

        ii.    Control Manager / Apex Central    _____

        iii.    Apex One with XDR    _____

        iv.    XDR for Users    _____

        v.    The Worry-Free products    _____

        vi.    Smart Protection Suites    _____

    **3d.**    **Claim 21 of the '444 Patent**

        i.    Mobile Security for Enterprise    _____

        ii.    Control Manager / Apex Central    _____

        iii.    Apex One with XDR    _____

        iv.    XDR for Users    _____

        v.    The Worry-Free products    _____

        vi.    Smart Protection Suites    _____

**3e.**   **Claim 1 of the '834 Patent**

    i.   Deep Security   _____

    ii.   Cloud One   _____

    iii.   Deep Discovery Analyzer   _____

    iv.   Deep Discovery Inspector   _____

    v.   Deep Discovery Email Inspector   _____

**3f.**   **Claim 11 of the '462 Patent**

    i.   Mobile Security for Enterprise   _____

    ii.   Control Manager / Apex Central   _____

    iii.   Vision One / XDR, Managed XDR   _____

    iv.   The Worry-Free products   _____

    v.   Smart Protection Suites   _____

**3g.**   **Claim 1 of the '421 Patent**

    i.   Mobile Security Enterprise   _____

    ii.   Control Manager / Apex Central   _____

    iii.   Vision One / XDR, Managed XDR   _____

    iv.   The Worry-Free products   _____

    v.   Smart Protection Suites   _____

**Please proceed to Question No. 4.**

**QUESTION NO. 4: INVALIDITY – OBVIOUSNESS**

Has Trend Micro proven by clear and convincing evidence that any claim is invalid as obvious? (Answer "yes" or "no" for each claim below regardless of your answers to Question Nos. 1-3)

    **4a.**    Claim 16 of the '272 Patent: _____

    **4b.**    Claim 7 of the '079 Patent: _____

    **4c.**    Claim 21 of the '202 Patent: _____

    **4d.**    Claim 11 of the '444 Patent: _____

    **4e.**    Claim 21 of the '444 Patent: _____

    **4f.**    Claim 17 of the '400 Patent: _____

    **4g.**    Claim 1 of the '834 Patent: _____

    **4h.**    Claim 11 of the '462 Patent: _____

    **4i.**    Claim 1 of the '421 Patent: _____

**Please proceed to Question No. 5.**

**QUESTION NO. 5: INVALIDITY – WRITTEN DESCRIPTION**

Has Trend Micro proven by clear and convincing evidence that Claim 11 of the '202 Patent is invalid for lack of written description? (Answer "yes" or "no" regardless of your answers to Question Nos. 1-4)

      **6.**      Claim 11 of the '202 Patent: _____

**Please proceed to Question No. 6.**

**QUESTION NO. 6: DAMAGES**

**If you find any patent claim(s) infringed by Trend Micro and not invalid (that is to say you answered "yes" to one or more of Question Nos. 1-3, and "no" for all such infringed claims in Question Nos. 4-5), then proceed to answering this question on damages.**

**Otherwise, skip Question Nos. 6-7 and proceed to the end.**

What total amount of reasonable royalty has CUPP proven by preponderance of the evidence that it is entitled to recover?

**<u>Select One:</u>**

      (a)  $ _____ through the date of trial based on a __% royalty rate.

-OR-

      (b)  $ _____ through the date of trial based on $ __ per unit.

-OR-

      (c)  One-time payment of $ _____ for the life of the patent(s) you found to be valid and infringed.

**Please proceed to Question No. 7.**

**QUESTION NO. 7: WILLFUL INFRINGEMENT**

If you found any one of Claim 17 of the '400 Patent, Claim 1 of the '834 Patent, Claim 11 of the '462 Patent, or Claim 1 of the '421 Patent infringed by Trend Micro and not invalid (that is to say, if you answered "yes" to any one of Question 1g-1j, Questions 2e-2h, Question 3e-3g, and you answered "no" for all such claims in Question No. 4), then proceed to answering this question on willful infringement.

Did CUPP prove by a preponderance of evidence that Trend Micro willfully infringed the following patent claims? (Answer "yes" or "no" for only the claims that you found were infringed and not invalid)

    **7a.**    Claim 17 of the '400 Patent: _____

    **7b.**    Claim 1 of the '834 Patent: _____

    **7c.**    Claim 11 of the '462 Patent: _____

    **7d.**    Claim 1 of the '421 Patent: _____

**Please ensure you have answered all of the relevant questions completely and correctly, then the foreperson should sign and date the Verdict of the Jury.**

## VERDICT OF THE JURY

      We, the jury, have answered the above and foregoing questions as indicated, and herewith return the same into Court as our verdict.


Dated: November __, 2022

_____

FOREPERSON