IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CUPP CYBERSECURITY LLC et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § | Civil Action No. 3:18-cv-01251-M (Consolidated with |
| TREND MICRO INC., et al., | § § | Civil Action No. 3:20-cv-03206-M) |
| Defendants. | § § § | |

## **ORDER**

Before the Court is Defendants' Motion to Expedite Briefing Regarding Their Motion to Partially Stay the Case. ECF No. 322. The Motion is **GRANTED.** Plaintiffs' response to the Motion to Partially Stay the Case is due November 8, 2022. No reply will be permitted.

**SO ORDERED**.

November 3, 2022.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE