IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CUPP CYBERSECURITY LLC et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:18-cv-01251-M (Consolidated with |
| TREND MICRO INC., et al., | § § | Civil Action No. 3:20-cv-03206-M) |
| Defendants. | § § § | |

## ORDER

Before the Court are the Motions for Leave to File Certain Documents Under Seal.  *See* ECF Nos. 205, 227, 229, 234, 242, 243, 256, 266, 267, 278, 281, 282, 286.  The Motions are **GRANTED.**

**SO ORDERED**.

January 18, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE