# United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF
SENIOR JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

August 1, 2023

To All Attorneys of Record

    Re:    *Cupp Cybersecurity LLC, et al. v. Trend Micro Inc., et al.*
            Case No. 3:18-CV-1251-M

Dear Counsel:

    It has come to the Court's attention that this case has settled. I commend you on your diligent efforts. I would like to receive the executed dismissal papers by August 31, 2023.

                      Very truly yours,

                      Barbara M.G. Lynn

BMGL/jlf