# BARNES & THORNBURG LLP

Daniel A. Valenzuela
2121 N. Pearl Street
Suite 700
Dallas, TX 75201
(214) 258-4200
Fax: (214) 258-4199
dvalenzuela@btlaw.com

August 31, 2023

The Honorable Senior District Judge Barbara M.G. Lynn
U.S. District Court for the Northern District of Texas
1100 Commerce Street, Room 1572
Dallas, Texas 75242

    **Re:**   *CUPP Cybersecurity, LLC, et al. v. Trend Micro, Inc., et al.*,
           Case No. 3:18-cv-01251-M (N.D. Tex.)

Dear Judge Lynn:

    Pursuant to the Court's letter dated August 1, 2023, Plaintiffs CUPP Cybersecurity, LLC and CUPP Computing AS (collectively, "CUPP") and Defendants Trend Micro, Inc., Trend Micro America, Inc., and Trend Micro Incorporated (collectively, "Trend Micro") (together, the "Parties") respectfully submit this joint letter regarding the status on the dismissal. The Parties have reached an agreement but need additional time to finalize the settlement agreement with the necessary routing information and signatures. As a result, the Parties intend to file the dismissal papers by September 5, 2023.

                                         Respectfully submitted,

DATED: August 31, 2023        By: *s/ Daniel A. Valenzuela*
                                                Mark C. Nelson
                                                Texas Bar No. 00794361
                                                Daniel A. Valenzuela
                                                Texas Bar No. 24067918
                                                BARNES & THORNBURG LLP
                                                2121 N. Pearl Street, Suite 700
                                                Dallas, TX 75201
                                                Email: mnelson@btlaw.com
                                                Email:dvalenzuela@btlaw.com
                                                Telephone: 214-258-4140
                                                Fax: 214-258/4199

                                                Paul Andre (appearance *pro hac vice*)
                                                Lisa Kobialka (appearance *pro hac vice*)
                                                James Hannah (appearance *pro hac vice*)
                                                Kristopher Kastens (appearance *pro hac vice*)

KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com

*Attorneys for Plaintiffs*
CUPP CYBERSECURITY, LLC and CUPP COMPUTING AS

Respectfully submitted,

DATED:  August 31, 2023

By:  s/  Robert Buergi
Mark D. Fowler (*pro hac vice*)
Robert Buergi (*pro hac vice*)
DLA Piper LLP (US)
2000 University Avenue East
Palo Alto, CA 94303 Tel: 650.833.2000
Fax: 650.833.2001
mark.fowler@dlapiper.com
robert.buergi@dlapiper.com

Kathryn Riley Grasso (*pro hac vice*)
DLA Piper LLP (US)
500 Eighth Street, NW Washington, DC 20004
Tel: 202.799.4782
Fax: 202.799.5022
kathryn.riley@dlapiper.com

C. Michael Moore (State Bar No. 14323600)
Law Offices of Mike Moore, PC
163 Marquise
Boerne, TX 78006
Tel: 214.802.4398
mikemoore817@icloud.com

*Attorneys for Defendants Trend Micro Incorporated, Trend Micro America, Inc., and Trend Micro Incorporated*

BARNES&THORNBURGLLP